**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6393**

MOMOLU V.S. SIRLEAF, JR.,

Plaintiff - Appellant,

v.

CORRECTIONAL OFFICER SCOTT, in his individual and official capacity,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:18-cv-00583-MHL-RCY)

Submitted:  September 12, 2019                     Decided:  September 19, 2019

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and SHEDD, Senior Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Momolu V.S. Sirleaf seeks to appeal the district court's orders dismissing his civil action without prejudice and denying reconsideration. We may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Sirleaf seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. *See Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 629-30 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to give Sirleaf another opportunity to either pay the initial filing fee or state under penalty of perjury that he does not have sufficient assets to pay such a fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*